IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE DVISION

| | |
|---|---|
| PATTIE MARIE BROOKS | ) |
| Plaintiff, | ) |
| v. | ) No. 1:12-cv-00188 |
| | ) JUDGE HAYNES |
| | ) JURY DEMAND |
| MAURY COUNTY BOARD OF EDUCATION | ) |
| Defendants. | ) |

*Order — This motion is GRANTED for the dates requested with trial and final pretrial conference to be set by separate order.* /s/ [signature] 11-5-13

### JOINT MOTION TO CONTINUE

Come now the parties, by and through counsel, and hereby jointly move this Court for a continuance of the discovery deadlines. The parties are in the process of discovery and because of issues with coordinating the availability of witnesses have yet to take depositions. Therefore the parties agree to extend the deadlines by ninety (90) days as follows:

The completion of discovery deadline set for December 31, 2013 be moved to March 31, 2014.

The dispositive motion deadline set for February 28, 2014 be moved to May 29, 2014.

The jury trial set for July 22, 2014 and Pretrial Conference set for July 7, 2014 be taken off the docket and rescheduled for a time agreed upon by all parties.