IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| PATTIE MARIE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12-cv-00188 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| MAURY COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court has been advised that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 8th day of July, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge